

FILED
9/11/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AXK

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNITED STATES OF AMERICA

v.

DAKANE MASTERS

Case No.

1:25-cr-00566
Judge Jeffrey I Cummings
Magistrate Judge Jeannice W. Appenteng
RANDOM / Cat. 4

Violation: Title 18, United States Code, Section 922(g)(1)

The SPECIAL JUNE 2024 GRAND JURY charges:

On or about December 9, 2024, at Skokie, in the Northern District of Illinois, Eastern Division, and elsewhere,

DAKANE MASTERS,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a loaded ZEV Technologies, Inc., model OZ9C 9 millimeter pistol bearing serial number ZD04022, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## **FORFEITURE ALLEGATION**

The SPECIAL JUNE 2024 GRAND JURY alleges:

1.     Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2.     The property to be forfeited includes, but is not limited to, a ZEV Technologies, Inc., model OZ9C 9 millimeter pistol bearing serial number ZD04022, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON


_____
UNITED STATES ATTORNEY

2