**FELONY**

**FILED**
9/11/2025

AXK

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:25-cr-00566
Judge Jeffrey I Cummings
Magistrate Judge Jeannice W. Appenteng
RANDOM / Cat. 4

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

| Name | Issue Arrest Warrant | In Custody |
|------|---------------------|------------|
| Dakane Masters | Yes | No |

Is this an indictment or information arising out of offenses charged in one or more previously filed complaints involving the same parties and relating to the same subject matter? **No**

Is this an indictment or information that supersedes one or more previously filed indictments or informations? **No**

Is any defendant charged in this matter currently under supervised release in the Northern District of Illinois? **No**

Does this indictment or information charge 15 defendants or more? **No**

Does this indictment or information charge between 8-14 defendants, or charge Capital murder? **No**

What is the most severe level of offense/penalty in this indictment or information? **Firearms IV**

Does the indictment or information charge a felony offense? **Yes**

List of Statutes: **Title 18, United States Code, Section 922(g)(1)**

Assistant United States Attorney: **Saqib M. Hussain**

Contact Person and Phone Number: **Saqib M. Hussain, (312) 353-1414**