UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

DAKANE MASTERS

Case No. 25 CR 566

Hon. Jeannice W. Appenteng

## **O R D E R**

On petition of the UNITED STATES OF AMERICA and it appearing to the

Court that:

> Name:  DAKANE MASTERS
> Date of Birth: **/**/1995
> Sex:  Female
> Race:  Black
> IDOC No.:  M41901

has been and now is, in due process of law, incarcerated in the following institution:

> Illinois Department of Corrections
> Sheridan Correctional Center
> 4017 E. 2603 Road
> Sheridan, IL 60551

and that said defendant has been charged in the Northern District of Illinois, Eastern

Division, with violation of Title 18, United States Code, Section 922(g)(1) (felon in

possession of a firearm), and is now wanted in such division and district on October

8, 2025, at 11:00 a.m., for an arraignment before the Honorable Jeannice W.

Appenteng, in the courtroom usually occupied by said judge in the Everett M. Dirksen

United States Courthouse, Chicago, Illinois.

IT IS THEREFORE ORDERED that the following persons:

LADON REYNOLDS
United States Marshal
Northern District of Illinois
219 South Dearborn Street
Room 2444 – Federal Building
Chicago, Illinois  60604

LATOYA HUGHES
Director
Illinois Department of Corrections
555 West Monroe Street, 6th Floor
Suite 600-S
Chicago, Illinois 60661

bring or cause to be brought before this Court, at said time on said date, before the

Honorable Jeannice W. Appenteng, in the United States Courthouse in Chicago,

Illinois, the body of the said defendant; and that a *Writ of Habeas Corpus Ad*

*Prosequendum* directed to said persons, so commanding them, be issued by the Clerk

of this Court.

E N T E R:

JEANNICE W. APPENTENG
Magistrate Judge

DATED at Chicago, Illinois
this ___23rd___ day of __September__ , 2025.

2