**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 25-CR-566 |
| | ) | |
| DAKANE MASTERS, | ) | Magistrate Judge Jeannice W. Appenteng |
| | ) | |
| Defendant. | ) | |

## ORDER

Initial appearance and arraignment hearing held 10/8/2025. Defendant appeared in court in response to a writ. The Court finds that defendant is unable to afford counsel. Attorney Dan Hessler of the Federal Defender Program is appointed as counsel. The government advised defendant of the charge pending against him in the indictment. The Court advised defendant of his rights. Defendant acknowledged receipt of the indictment, waived formal reading, and entered a plea of not guilty. The government sought a detention hearing under 18 USC 3142(f)(1)(e), which is an appropriate basis in this case, and moved to have defendant detained in federal custody. The defendant waived his right to a detention hearing. The waiver is without prejudice and he may move for pretrial release at a later time. The defendant objected, at this time, to being remained to the custody of the U.S. Marshal. For the reasons stated on the record, the Court finds that defendant will be returned to IDOC custody pursuant to the issued writ. Rule 16.1(a) conference to be held by 10/22/2025. Status hearing is set before the assigned District Judge for 11/19/2025 at 11:00 a.m. The government's unopposed oral motion to exclude time is granted for the reasons stated in open court and in the interest of justice pursuant to 18 U.S.C. §3161(h)(7), and time is excluded until 11/19/2025. Finally, pursuant to Fed. R. Crim. P. 5(f)(1), the government is ordered to comply with its obligations under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, as it has an affirmative duty to disclose both impeachment and exculpatory evidence favorable to Defendant and material to guilt and/or punishment. In the event the government fails, the court may sanction the government by excluding witnesses or evidence, limiting the scope of permitted testimony, issuing jury instructions adverse to the government, declaring a mistrial, dismissing the charges, and holding contempt proceedings. Defendant is remanded to the custody of IDOC.

_____
JEANNICE W. APPENTENG
United States Magistrate Judge

Date: 10/8/2025