### U.S. District Court for the Northern District Of Illinois
### Attorney Appearance Form

Case Title: U.S. v. Masters     Case Number: 25 CR 566

An appearance is hereby filed by the undersigned as attorney for:

Dahune Masters

Attorney name (type or print): Daniel J. Hesler

Firm: Federal Defender Program

Street address: 55 E. Monroe, Suite 2800

City/State/Zip: Chicago, IL 60603

Bar ID Number: 6225161
(See item 3 in instructions)

Telephone Number: (312) 621-8347

Email Address: daniel_hesler@fd.org

**FILED**

OCT 0 8 2025

MAGISTRATE JUDGE JEANNICE W. APPENTENG
UNITED STATES DISTRICT COURT

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☑ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status. ☐ Retained Counsel

☑ Appointed Counsel
If appointed counsel, are you

☑ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 10/8/2025

Attorney signature: S/ _____
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015