UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

DAKANE MASTERS

No: 25 CR 566

Judge Jeffrey I. Cummings

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

The UNITED STATES OF AMERICA, by its attorney, ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, respectfully moves this Court for a 6-day extension of time, to and including March 16, 2026, to respond to defendant Dakane MASTERS's motion to dismiss the indictment, and in support of its motion, states as follows:

1. On February 6, 2026 defendant filed a motion to dismiss the indictment. Dkt. 23. On February 24, 2026, the Court ordered the government to respond by March 10, 2026. Dkt. 25.

2. The government requires additional time to ensure its response properly and thoroughly addresses the alleged grounds for dismissal raised in defendant's motion.

3. This motion is not brought for the purpose of delay, and I will give due diligence and priority to preparing the government's response.

4. The government anticipates that a 6-day extension from March 10, 2026, to and including March 16, 2026, will be sufficient time to file a response to defendant's motion

5.  The government has conferred with defense counsel, who does not oppose this motion.

WHEREFORE, for these reasons, the United States respectfully requests that the Court grant its motion for a 6-day extension to respond to defendant's motion to dismiss, to and including, March 16, 2026.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: /s/ Saqib Mohammad Hussain
Saqib Mohammad Hussain
Assistant United States Attorney
219 S. Dearborn Street, Rm. 500
Chicago, Illinois 60604

DATE: March 10, 2026

2