**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

UNITED STATES OF AMERICA

Plaintiff,

v.                                                                    Case No.: 1:25–cr–00566
                                                                      Honorable Jeffrey I Cummings

Dakane Masters

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 2, 2026:

        MINUTE entry before the Honorable Jeffrey I Cummings: as to Dakane Masters: Defendant Dakane Masters has filed a motion to dismiss the Indictment [23], which charges him with being a felon in possession of a firearm in violation of 18 U.S.C. §922(g)(1), on the grounds that the statute is unconstitutional on its face and as applied in this case. Earlier this afternoon, the Seventh Circuit Court of Appeals issued two decisions which, collectively, require the denial of defendant's motion. In particular, in United States v. Prince, No. 23–3155, Slip Op. at 1–5 (7th Cir. Apr. 2, 2026), the Court held that Section 922(g)(1) is constitutional on its face and, in United States v. Watson, No. 24–2432, Slip Op. at 25 (7th Cir. Apr. 2, 2026), the Court held that Section 922(g)(1) is constitutional as applied to individuals whose predicate felony is a dangerous felony. Section 922(g)(1) is constitutional as applied to defendant Collins because he has five prior predicate felonies (residential burglary, aggravated unlawful use of a weapon, felon in possession of a firearm, felon in possession of a firearm, and armed habitual criminal) that are dangerous felonies. Consequently, defendant's motion to dismiss is denied. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.