# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.

Dakane Masters

                Defendant.

Case No.: 1:25–cr–00566

Honorable Jeffrey I Cummings

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 2, 2026:

      MINUTE entry before the Honorable Jeffrey I Cummings: The Government's unopposed motion for leave to file response [29] and motion for leave to file memorandum in excess of 15 pages [31] are granted. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.