## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                      Case No.: 1:25–cr–00566

                                      Honorable Jeffrey I Cummings

Dakane Masters

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 17, 2026:

      MINUTE entry before the Honorable Jeffrey I Cummings: as to Dakane Masters: On the Court's own motion, the 4/23/26 status hearing is stricken and reset for 4/23/26 at 10:00 a.m. in courtroom 1219 (TIME CHANGE ONLY). Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.