**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                        Case No.: 1:25–cr–00566
                                              Honorable Jeffrey I Cummings

Dakane Masters

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 2, 2026:

      MINUTE entry before the Honorable Jeffrey I Cummings: as to Dakane Masters: Change of plea hearing rescheduled for 6/24/26 at 11:00 a.m. in courtroom 1219. The parties shall submit the draft plea agreement by 6/19/26 to the Court's courtroom deputy at chez_chambers@ilnd.uscourts.gov. Without objection, the time from 6/2/26 through 6/24/26 is excluded under 18 U.S.C. §3161(h)(7) and 18 U.S.C. §3161(h)(7)(B)(iv) based on the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and to allow reasonable time for counsel to engage in plea negotiations, finalize plea agreement and for effective preparation. Mailed notice. (vjd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.