**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **United States of America**, | ) | |
| Plaintiff(s), | ) | Case No: 25cr566 |
| v. | ) | District Judge: Jeffrey I. Cummings |
| | ) | |
| **Dakane Masters** | ) | |
| Defendant(s), | ) | |

### ORDER

Change of plea hearing held on 6/24/26. Defendant withdraws his plea of not guilty and enters a plea of guilty to Count One of the Indictment pursuant to a written plea declaration. Plea accepted, and judgment of guilty entered. Enter Plea Declaration. Case is referred to the Probation Office for preparation of a presentence report to be filed by 8/12/26. The Probation Office shall disclose the sentencing recommendation to the government and defense counsel. Sentencing memoranda and any objections filed by the Defendant to the presentence investigation report should be filed on or before 9/2/26. Sentencing memoranda and any objections filed by the Government to the presentence investigation report should be filed on or before 9/9/26. Sentencing hearing is set for 9/17/26 at 1:00 p.m. in courtroom 1219. Pursuant to 18 U.S.C. § 3664(d)(1), if restitution is being sought in this case, 60 days prior to the sentencing date, the Government shall provide the Probation Office and the courtroom deputy an electronic standardized spreadsheet (available on the Court's website) with a list of victims and their full current contact information. This list shall include any amounts subject to restitution. If the Government cannot provide the full victim list 60 days prior to sentencing, they shall file a motion to request an extension of time to compile the information. If the government does not provide the full victim list with the amount of restitution owed and current contact information of all victims to the Probation Office at least 10 days prior to sentencing hearing, pursuant to 18 U.S.C. §3664(d)(5), the Government shall inform the court.

T: 35 minutes

Date: 6/24/2026

/s/ Jeffrey I. Cummings
Jeffrey I. Cummings
United States District Judge